John W. Starling, Plaintiff, Appellant and Cross Appellee, v. Lia Starling, Defendant, Appellee and Cross Appellant.

Term No. 57–O–5. 

Fourth District.
February 7, 1958.
Released for publication February 28, 1958.

Zeno Middleton, for plaintiff-appellant. McRoberts and Hoban (Royce B. Sheppard, Jr., of counsel) for defendant, appellee and cross appellant. Opinion by JUDGE BARDENS. Not to be published in full.